No. 78–6457.   MARLIN v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 78–6458.   LINAM v. NEW MEXICO.   Sup. Ct. N. M. Certiorari denied.

No. 78–6478.   DODARO v. UNITED STATES;
No. 78–6487.   LYNCH v. UNITED STATES;
No. 78–6509.   BERTOLOTTI v. UNITED STATES;
No. 78–6511.   DODARO v. UNITED STATES; and
No. 78–6512.   MALATESTA v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 590 F. 2d 1379.

No. 78–6479.   MIMS v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 78–6481.   BACA v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 78–6492.   TYNER v. PERINI, CORRECTIONAL SUPERINTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 78–6493.   WASHINGTON v. GEORGIA.   Sup. Ct. Ga. Certiorari denied.

No. 78–6514.   QUICK v. HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 4th Cir.   Certiorari denied.

No. 78–6531.   WALKER v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 78–6537.   LAWRENCE v. LOUISIANA.   Sup. Ct. La. Certiorari denied.

No. 78–6546.   NORRIS v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.   C. A. 5th Cir.   Certiorari denied.